AO 450 (Rev. 5/85) Judgment in a Civil Case

ORIGINAL

FILED
U.S. DIST. COURT
BRUNSWICK DIV

MAR 3   9 07 AM '98

CLERK _A. Taylor_
SO. DIST. OF GA.

# United States District Court
## Southern District of Georgia

DONALD BROWN BEY

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER:  CV297-103

TOM WOOTEN, WARDEN; MARK KING; OFFICERS DUNN, BULLMAN, and T. PRICE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered March 2, 1998, adopting the Report and Recommendation of the Magistrate Judge and granting the Defendants' motion for summary judgment; claims of the Plaintiff, DONALD BROWN BEY, against the Defendants, TOM WOOTEN, WARDEN; MARK KING; OFFICERS DUNN, BULLMAN, and T. PRICE, are hereby dismissed.

E.O.D.

3-3-92
DATE

_Alt_
INITIALS

March 03, 1998
Date

Henry R. Crumley, Jr.
Clerk

_Sherry Taylor_, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

BEY                              :
                                 :
v.                               :           CV297-103
                                 :
WOOTEN, ET AL                    :

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to instructions from the Court, and in the performance of my official duties, I personally placed in the U.S. Mail a sealed envelope bearing the lawful frank of the Court, and properly addressed to each of the person, parties or attorneys named below; and
2. That the aforementioned envelope(s) contained a copy of the document dated    3/3/98    , which is part of the official records of this case.

Date of Mailing: March 3, 1998

Date of Certificate:   ( )same date, or    HENRY R. CRUMLEY, JR., CLERK

BY: _____Sherry Taylor_____
         Deputy Clerk

Name:

1. Melissa Mundell, P.O. Box 8999, Savannah, GA 31412
2. Delora Grantham, P.O. Box 8999, Savannah, GA 31412
3. Donald Bey, 12419-018, FCI Marianna, P.O. Box 7007, Marianna, FL 32447

                                              Judge

                                    __X__  Magistrate
                                    __x__  Minutes